Original

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

RECEIVED

MIDDLE District of ALABAMA, MIDDLE DIVISION

2006 MAR -1 P 2:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation,

V.

AFCO, INC., and FRANK E. JOHNSTON,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv197-ID

TO: (Name and address of Defendant)

AFKO, Inc.
615 Hambrick Road
Boaz, Alabama 35957

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Ellis Brazeal III
Walston, Wells & Birchall, LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

3/3/06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7 March 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Loyd L. Anderson | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: AFKO, Inc c/o Frank E. Johnston 615 Hambrick Road Boaz, Alabama 35957

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7 March 2006
Date

Loyd L Anderson
*Signature of Server*

P.O. Box 11315
Birmingham, AL. 35202
*Address of Server*

205 250-5252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.