AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, MIDDLE DIVISION__

RECEIVED
2006 MAR -9 P 2:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation,

V.

AFCO, INC., and FRANK E. JOHNSTON,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06cv197-ID

TO: (Name and address of Defendant)

Frank E. Johnston
1828 Welcome Home Church Road
Horton, Alabama 35980-9578

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Ellis Brazeal III
Walston, Wells & Birchall LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           3/3/06

CLERK                                                      DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  7 March 2006 |
| NAME OF SERVER (PRINT)  Loyd L. Anderson | TITLE  Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 615 Hambrick Road Boaz, AL. 35957

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 March 2006    Loyd L. Anderson
           Date            Signature of Server

P O Box 11315
Birmingham, AL 35202
   Address of Server
205 250-5252

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.