IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIP. FINANCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv197-ID |
| AFKO, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's verified motion for entry of default and for default judgment, filed July 12, 2006, it is ORDERED that Defendants show cause, if any there be, on or before July 26, 2006, why said motion should not be granted.

DONE this 13th day of July, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE