IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

U.S. BANCORP EQUIP. FINANCE, INC.,    )
                                      )
          Plaintiff,                  )
v.                                    )
                                      )  CIVIL ACTION NO. 2:06cv197-ID
AFKO, INC., et al.,                   )
                                      )
          Defendants.                 )

**ORDER**

Upon CONSIDERATION of Plaintiff's verified motion for entry of default and for

default judgment (Doc. No. 5), it is ORDERED that the portion of the motion in which

Plaintiff moves the court to enter default be and the same is hereby CONSTRUED as an

application to the clerk for an entry of default made pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure.

DONE this 11th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE