IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| U. S. BANKCORP EQUIPMENT FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFKO, INC., and FRANK E. JOHNSTON <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 2:06-cv-197-ID ) ) ) ) ) |

ENTRY OF DEFAULT

It appearing that defendants AFKO, Inc., and Frank E. Johnson were duly served with a copy of the summons and complaint on March 7, 2006, and said defendants have failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on July 12, 2006, as required by law.

DEFAULT is hereby entered against said defendants, AFKO, Inc., and Frank E. Johnson.

DONE THIS 24th day of October, 2006.

                                                /s/ Debra P. Hackett
                                                DEBRA P. HACKETT
                                                CLERK, U. S. DISTRICK COURT