IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIP. FINANCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv197-ID |
| AFKO, INC., et al., | )                [WO] |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, it is

CONSIDERED, ORDERED and ADJUDGED that Defendants AFKO, Inc., and Frank E. Johnston, being called came not but wholly made default, and that judgment by default be and the same is hereby ENTERED in favor of Plaintiff U.S. Bancorp Equipment Finance, Inc., and against Defendant AFKO, Inc., in the amount of $97,659.76, and against Defendant Frank E. Johnston in the amount of $97,659.76, said amounts which include reasonable attorneys' fees, expenses and costs.

DONE this 16th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE